AO-10 (WP)
Rev. 1/2005

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2004

Report Required by the Ethics
in Government Act of 1978.
(5 U.S.C. App. §§101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| HAIGHT CHARLES S. JR. | USDC SDNY | 06/15/2005 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| SENIOR U.S. DISTRICT JUDGE | __ Nomination, Date _____  <br> __ Initial  X Annual  __ Final | 01/01/2004-12/31/ |

| 7. Chambers or Office Address <br> U.S. COURTHOUSE - ROOM 1940 <br> 500 PEARL STREET <br> NEW YORK NY 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer _____ Date _____ |
|---|---|

> **IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1 ADVISORY TRUSTEE | AMERICAN – SCANDINAVIAN FOUNDATION |
| 2 DIRECTOR | KENNEDY CHILD STUDY CENTER |
| 3 BOARD OF MANAGERS | HAVENS RELIEF FUND SOCIETY |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

A. Filer's Non-Investment Income

| | | |
|---|---|---|
| ☒ NONE (No reportable non-investment income.) | | |
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |

B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 1 2004 | SELF - EMPLOYED  (PERSONAL ASSISTANT) | |
| 2 | | |

FINANCIAL DISCLOSURE OFFICE
2005 JUN 24 P 12:11
RECEIVED

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HAIGHT CHARLES S. JR. | 06/15/2005 |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| [X] | NONE (No such reportable reimbursements.) | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| [X] | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| [X] | NONE (No reportable liabilities.) | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

| *Value Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 |
|---|---|---|---|---|
| | N=$250,001-$500,000 | O=$500,001-$1,000,000 | | P1=$1,000,001-$5,000,000 |
| | P2=$5,000,001-$25,000,000 | P3=25,000,001-50,000,000 | | P4=50,000,001 or more |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HAIGHT CHARLES S. JR. | 06/15/2005 |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 18 A. ASSETS OWNED BY REPORTING INDIVIDUAL | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 HERITAGE CASH TRUST | A | INT | J | T | | | | | |
| 21 AMERICAN INTER. GROUP | A | DIV | J | T | | | | | |
| 22 CVS CORP. | A | DIV | J | T | | | | | |
| 23 CENDANT CORP. | A | DIV | J | T | | | | | |
| 24 WALT DISNEY CO. | A | DIV | J | T | | | | | |
| 25 HOME DEPOT INC. | A | DIV | J | T | | | | | |
| 26 JOHNSON & JOHNSON | A | DIV | J | T | | | | | |
| 27 MICROSOFT CORP | A | DIV | J | T | | | | | |
| 28 PFIZER INC. | A | DIV | J | T | | | | | |
| 29 QUEST DIAGNOSTICS | A | DIV | J | T | | | | | |
| 30 FLEXTRONICS INTER- | NONE | | J | T | BUY | 5/21 | J | | |
| 31 NATIONAL LTD.ORD. (HONG KONG) | | | | | | | | | |
| 32 BARON GROWTH FUND | NONE | | J | T | PARTIAL SALE | 2/23 | J | A | |
| 33 HERITAGE MID CAP STOCK FUND | NONE | | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,00 | M=$100,001-$250,000 P2=$5,000,001-$25,000,0 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HAIGHT CHARLES S. JR. | 06/15/2005 |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | B. (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month-Day | D. (3) Value Code2 (J-P) | D. (4) Gain Code1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 34 ISHARES SML CAP 600 | NONE | | J | T | BUY | 7/24 | J | | |
| 35 MERCK + CO INC. | | | | | SELL | 5/11 | J | D | |
| 36 NEW YORK NY GEN. OBLIGATION BONDS | B | INT | K | T | | | | | |
| 37 | | | | | | | | | |
| 38 | | | | | | | | | |
| 39 | | | | | | | | | |
| 40 | | | | | | | | | |
| 41 | | | | | | | | | |
| 42 | | | | | | | | | |
| 43 | | | | | | | | | |
| 44 | | | | | | | | | |
| 45 | | | | | | | | | |
| 46 | | | | | | | | | |
| 47 | | | | | | | | | |
| 48 | | | | | | | | | |
| 49 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HAIGHT CHARLES S. JR. | 06/15/2005 |

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 50 B. Assets Owned by Reporting Individual's ▓▓▓▓▓ | | | | | | | | | |
| 51 | | | | | | | | | |
| 52 HERITAGE CASH TRUST | A | INT | K | T | | | | | |
| 53 BERKSHIRE HATHAWAY | NONE | | J | T | BUY | 5/26 | J | | |
| 54 CISCO SYSTEMS | NONE | | J | T | | | | | |
| 55 CITIGROUP | A | DIV | K | T | | | | | |
| 56 COMCAST CORP | NONE | | K | T | PARTIAL SELL | 1/13 | J | C | |
| 57 " " " " | | | | | BUY | 5/21 | J | | |
| 58 GENERAL ELECTRIC | A | DIV | J | T | | | | | |
| 59 INTEL CORP. | A | DIV | J | T | | | | | |
| 60 IBM | A | DIV | J | T | ~~SELL~~ | ~~~~ | ~~~~ | ~~~~ | |
| 61 GUIDANT CORP | NONE | | | | SELL | 5/14 | J | C | |
| 62 JP MORGAN + CHASE | A | DIV | J | T | | | | | |
| 63 LIBERTY MEDIA | NONE | | K | T | | | | | |
| 64 JANUS WORLDWIDE FUND | NONE | | | | SELL | 2/3 | J | D | |
| 65 MEDTRONIC INC. | A | DIV | J | T | BUY | 5/14 | J | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less P=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real es ate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HRIGHT CHARLES S. JR. | 06 / 15 / 2005 |

## VII. Page 4 INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 50 MICROSOFT | A | DIV | J | T | | | | | |
| 51 ST. PAUL TRAVELLERS INC. | A | DIV | J | T | MERGER | 4/2 | | | |
| 52 | | | | | WITH TRAVELLERS PROP. CAS. 50 | | | | |
| 53 TIME WARNER | NONE | | J | T | | | | | |
| 54 TYCO INTERNATIONAL | A | DIV | J | T | | | | | |
| 55 TRAVELLERS PROP. CAS. CO. | | | | | BUY | 2/20 | J | | |
| 56 WASHINGTON MOTUAL | A | DIV | J | T | | | | | |
| 57 LUCENT TECHNOLOGIES | NONE | | J | T | | | | | |
| 58 OAKMARK FUND CL.1 | A | DIV | K | T | | | | | |
| 59 OAKMARK INTERNATL. FUND | A | DIV | K | T | | | | | |
| 60 MASTERS SELECT INTERNATIONAL | A | DIV | K | T | BUY | 3/23 | K | | |
| 61 CLIPPER FOCUS FUND | NONE | | J | T | | | | | |
| 62 ROYCE PREMIER FUND INVESTMENT | NONE | | K | T | PARTIAL SELL | 3/23 | J | B | |
| 63 ISHARES TR MSCI EAFE IDX | A | DIV | J | T | | | | | |
| 64 ISHARES TR S&P MIDCAP 400 | NONE | | K | T | | | | | |
| 65 NY STATE DORMITORY AUTH. | B | INT | K | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F $50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HRIGHT CHARLES S. JR. | 06/15/2005 |

## VII. Page 4 INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 50 NY NY GENERAL OBLIGATION BONDS | B | INT | K | T | | | | | |
| 51 NY STATE DORMITORY AUTHORITY (INSURED) | B | WT | K | T | | | | | |
| 52 NIAGARA FALLS NY CITY SCHOOL DISTRICT | B | INT | K | T | | | | | |
| 53 NY NY GENERAL OBLIGATION BONDS | B | INT | K | T | | | | | |
| 54 NY STATE REFUNDING GENERAL OBL. BONDS | B | INT | K | T | | | | | |
| 55 NY STATE TWY AUTHORITY | B | INT | K | T | | | | | |
| 56 NY CITY HOUSING DEV. CORP. | A | INT | J | T | PARTIAL CALL | 8/2 | J | | |
| 57 NY NY GENERAL OBLIGATION BONDS | B | INT | K | T | | | | | |
| 58 HSBC CD | A | WT | J | T | | | | | |
| 59 TRUST U/W ▬▬▬▬▬ | D | INT + DIV | M | T | | | | | |
| 60 VANGUARD WINDSOR II FUND | A | DIV | J | T | | | | | |
| 61 | | | | | | | | | |
| 62 HSBC CHECKING RELT | A | INT | J | T | | | | | |
| 63 | | | | | | | | | |
| 64 | | | | | | | | | |
| 65 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HAIGHT CHARLES S. JR. | 06/15/2005 |

## VII. Page 4 INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income assets, or transactions) | | | | | | | | | |
| C. ASSETS JOINTLY HELD WITH ▓▓▓ | | | | | | | | | |
| 50 | | | | | | | | | |
| 51 DELAFIELD FUND | A | DIV | J | T | | | | | |
| 52 HENNESSY CORNERSTONE GROWTH FUND | A | DIV | J | T | | | | | |
| 53 BUFFALO SMALL CAP FUND | A | DIV | K | T | | | | | |
| 54 FIDELITY SHORT TERM BOND FUND | A | INT | J | T | | | | | |
| 55 BANK OF INTERNET USA | A | INT. | K | T | | | | | |
| 56 VANGUARD SHORT TERM BOND FUND-FED. | A | INT. | J | T | | | | | |
| 57 VANGUARD INFLATION PROTECTION BOND FUND | B | INT | K | T | | | | | |
| 58 US TRUST CO. CHECKING ACCOUNT | NONE | | J | T | | | | | |
| 59 | | | | | | | | | |
| 60 | | | | | | | | | |
| 61 | | | | | | | | | |
| 62 | | | | | | | | | |
| 63 | | | | | | | | | |
| 64 | | | | | | | | | |
| 65 | | | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>HAIGHT CHARLES S. JR. | Date of Report<br>06/15/2005 |
|---|---|---|

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

The 2003 Report, at page 4, line 4, listed as an asset of the reporting individual "Dreyfus S&P 500 Fund - IRA." This IRA account was totally distributed during 2004, the value code being J, and so this asset is not listed in the 2004 Report. The same comments apply to page 7, line 7 of the 2003 Report, which lists as a spousal asset "Dreyfus S&P 500-IRA."

The 2003 Report, at page 7, line 8, lists the asset "Vanguard S&P 500 Fund." This asset does not appear in the 2004 Report because during 2004 the monies in this fund were transfered into the Vanguard Windsor II Fund, listed in the 2003 Report at page 7, line 9 and in the 2004 Report at page 7, line 60. This was a transfer on the books of the Vanguard Family of Funds and did not generate any gain or loss.

With respect to the asset "Buffalo Small Cap Fund," listed in the 2004 Report at page 8, line 53, monthly purchases of shares in a value code J amount are made by automatic wire transfer and are not separately reported.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____        Date 06/15/2005

NOTE: AN[...]IES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT T[...]

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
  United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544